DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
11 JUNE 2014

| 463P13 | State v. James Anthony Carr | 1. Def's NOA Based Upon a Constitutional Question (COA13-259) | 1. --- |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 468P13-2 | State v. Donald Jay Young | 1. Def's *Pro Se* Motion for PDR | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as Moot |
| 483P13-2 | Robert Andrew Bartlett, Sr. v. Frank L. Perry, Secretary,. N.C. Department of Public Safety | Petitioner's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **06/10/2014** |
| 508P13-2 | State v. Norbert Glen Richardson | Def's *Pro Se* Motion for Memorandum of Support | Dismissed |
| 521P13 | Julio Alberto Martinez Zaldana, Employee v. Smith Employer, and/or Auto Owners Insurance Company, Alleged Carrier, and/or Dargan Construction Company (Gallagher Bassett Services, Inc., Third-Party *Administrator*) Plaintiff's PDR Under N.C.G.S. § 7A-31 (COA13-318) | | Denied |
| 523P13 | In the Matter of: D.C. | Petitioner's PDR Under N.C.G.S. § 7A-31 (COA13-502) | Special Order |
| 544P13 | Bonnier R. Robinson, Administrator of the Estate of Bernice D. Thomas v. Discovery Insurance Company | Def's PDR Under N.C.G.S. § 7A-31 (COA13-226) | Denied |